AO 93 (Rev. 01/09) Search and Seizure Warrant

FILED
U.S. District Court
District of Kansas

APR - 8 2014

Clerk, U.S. District Court
By /s/ _____ Deputy Clerk

# UNITED STATES DISTRICT COURT
for the
District of Kansas

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )   Case No. 14-m-6079-01-KMH
)
The property and premises located at 716 E. Bayley, )
Wichita, Kansas, further described on Attachment A. )
)

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of _____KANSAS_____
*(identify the person or describe the property to be searched and give its location)*:
The property and premises located at 716 E. Bayley, Wichita, Kansas, further described on Attachment A.

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:

See Attachment B, Items To Be Seized.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before ___April 4, 2014___
                                                                                                              *(not to exceed 10 days)*

☑ in the daytime 6:00 a.m. to 10 p.m.     ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
_Karen M. Humphreys_____.
                    *(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☐for _____ days *(not to exceed 30)*.
                                                               ☐until, the facts justifying, the later specific date of _____.

Date and time issued: __March 26, 2014 @ 3:21 p.m.__      __/s/ Karen M. Humphreys__
                                                                                                          *Judge's signature*

City and state:   __Wichita, Kansas__          __Karen M. Humphreys, United States Magistrate Judge__
                                                                           *Printed name and title*

AO 93 (Rev. 01/09) Search and Seizure Warrant (Page 2)

| Return |||
|---|---|---|
| Case No.: 12-14-0027 | Date and time warrant executed: 3-27-14  0835 | Copy of warrant and inventory left with: Brandon Sinner |
| Inventory made in the presence of : TFO Marla Heinerman |||
| Inventory of the property taken and name of any person(s) seized: <br> Methamphetamine <br> Cellular phones <br> computers <br> paraphernalia <br> documents <br> ammunition <br> stolen documents <br> packaging material |||

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 4-8-14

_____
Executing officer's signature

Mike Thock TFO
Printed name and title

Karen M. Humphrey
U.S. Magistrate Judge

## **ATTACHMENT A**

The residence and premises commonly referred to as 716 E. Bayley, Wichita, Kansas, is described as a single-family residence that is beige-in-color with white-in-color trim and a dark grey-in-color roof. 716 E. Bayley has a detached garage located on the west side of the residence. 716 E. Bayley is on the northwest corner of Bayley and Mead. The front door of 716 E. Bayley faces toward the south. The numbers "7-1-6" are attached to the front of 716 E. Bayley on the west side of the front door. The driveway of 716 E. Bayley is located on the west side of the residence.

## ATTACHMENT B

### Items to be Seized

(i) Books, records, receipts, notes, correspondence, ledgers, and other documents or papers relating to the transportation, ordering, purchase, and distribution of controlled substances, including, methamphetamine;

(ii) Books, records, receipts, bank statements, canceled checks, deposit items, bank drafts, money orders, cashier's checks, wire transfer records, passbooks, certificates of deposit, time saving certificates, financial statements, real estate purchase and/or rental records (including contracts, deeds, promissory notes applications, and rental agreements);

(iii) Address or telephone books and papers reflecting names, addresses and telephone numbers;

(iv) United States currency and financial instruments, including stocks, bonds, and other securities, which may constitute proceeds of the previously described offenses or property used to facilitate the commission of these offense;

(v) Photographs, including photographs of co-conspirators, assets, or controlled substances;

(vi) Cellular telephones and contracts, purchase and/or rental agreements, and billing records related to the acquisition and use of cellular telephones;

(vii) Firearms and ammunition;

(viii) Controlled substances, including methamphetamine;

(ix)  Drug paraphernalia including smoking instruments, scales, plastic bags, jars, and other packaging materials;

(x)   Computers, computer software and computer discs or other computer storage devices used to maintain records of illegal drug trafficking including but not limited to photographs, financial records, debt lists, list of coconspirators, and correspondence with coconspirators;

(xi)  Indicia of occupancy, residency, or ownership of the 716 E. Bayley, Wichita, Kansas.